

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00647-CV

John E. **RODARTE**,
Appellant

v.

**BENEFICIAL TEXAS, INC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14597
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant John E. Rodarte Sr., an inmate acting pro se, filed a notice of appeal with this court on October 19, 2015. Appellant's notice of appeal states he is currently incarcerated, shows his return address as the Clements Unit of the Texas Department of Criminal Justice—Institutional Division, and states he is indigent.

Because Appellant is an inmate and asserts he cannot pay costs, Appellant must file in this court within TWENTY DAYS of the date of this order (1) a separate affidavit listing the previous pro se actions he has brought and (2) a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.002(a) (West Supp. 2015) (applying affidavit and other requirements to inmate appeals effective January 1, 2012); *id.* § 14.004 (requiring a pro se inmate asserting inability to pay costs to file a detailed list of previous pro se actions and a certified copy of the inmate's trust account statement).

Appellant's affidavit and certified statement must be timely filed and must meet the applicable statutory requirements. *E.g.*, *id.* § 14.004(a) (affidavit of actions); *id.* § 14.004(b) (dispositions); *id.* § 14.004(c) (account statement).

We warn Appellant that this court may dismiss this appeal **without further notice** if Appellant fails to timely file the statutorily required documents. *Cf. Douglas v. Moffett*, 418 S.W.3d 336, 340 (Tex. App.—Houston [14th Dist.] 2013) (dismissing an appeal where an inmate failed to comply with Chapter 14 requirements); *Amir-Sharif v. Mason*, 243 S.W.3d 854, 857

(Tex. App.—Dallas 2008, no pet.) (recognizing that a trial court may dismiss an indigent inmate's suit without notice or hearing for failing to file the previous actions affidavit).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court